FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 09 2026

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**KEVIN DALE KERST,**
Plaintiff,

v. Case No. **2:26-cv-00011-JB-DLM**

**MICHELLE LUJAN GRISHAM, et al.,**
Defendants.

## PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING

## PRE-HEARING IPRA NON-PRODUCTION

## AND RESULTING EVIDENTIARY TAINT

Plaintiff Kevin Kerst, proceeding **pro se**, respectfully submits this Supplemental Notice to inform the Court of a procedural defect affecting the integrity of the administrative record underlying this matter.

1. On **December 5, 2025**, Plaintiff submitted a written request pursuant to the New Mexico Inspection of Public Records Act ("IPRA") to the New Mexico Department of Public Safety, seeking specific categories of records relating to evidence relied upon or intended to be relied upon in connection with the pending administrative proceeding involving Plaintiff.
2. Pursuant to IPRA, an acknowledgment and response were required no later than **December 22, 2025.**
3. **At approximately 6:07 p.m. on December 22, 2025,** at the close of the statutory response period, the agency notified Plaintiff by email that it was invoking a **thirty-day extension**, citing the allegedly burdensome nature of the request. No responsive records were produced at that time.
4. An administrative hearing in Plaintiff's matter proceeded on **January 6, 2026**, notwithstanding the absence of any production of the requested records. Plaintiff had not been provided the evidence purportedly relied upon by the agency prior to the hearing.
5. The agency's extended production deadline was set for **January 22, 2026**, a date occurring **after** the administrative hearing had already concluded.
6. Plaintiff submits this Supplemental Notice to preserve the record that:
(a) Records subject to Plaintiff's December 5, 2025 IPRA request were not produced prior to the administrative hearing;
(b) The administrative hearing proceeded without pre-hearing disclosure of the evidence

sought;
(c) Any records produced after the January 6, 2026 hearing are necessarily post-hoc and cannot cure the absence of pre-hearing disclosure; and
(d) Plaintiff does not stipulate that any post-hearing production reflects the complete universe of records that existed, were relied upon, or were available to the agency at the time of the hearing.
7. This Supplemental Notice is submitted solely for purposes of **record preservation and procedural clarity** and does not seek immediate relief. Plaintiff expressly reserves all rights and objections relating to procedural due process, evidentiary reliability, futility of administrative proceedings, and the integrity of the administrative record.

Respectfully submitted this **9th day of January, 2026.**

**Kevin Kerst**
Plaintiff, Pro Se
P.O. Box 144
Whites City, NM 88268
Phone: 575-499-8338
Email: roadrescue11@gmail.com

*/s/ Kevin Kerst*

**VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the factual statements set forth in this Supplemental Notice are true and correct to the best of my knowledge, information, and belief.

Executed on **January 9, 2026.**

*/s/ Kevin Kerst*
**Kevin Kerst**