IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN DALE KERST,

      Plaintiff,

v.                                                                    No. 2:26-cv-00011-JB-DLM

MICHELLE LUJAN GRISHAM, et al.,

      Defendants.

**DEFENDANT JOAN WATERS' MOTION TO EXTEND TME TO FILE HER ANSWER AND/OR RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW Defendant Joan Waters, by and through her counsel of record, Jarmie & Associates, LLC (Mark D. Jarmie) and hereby moves this Court for an Order extending the deadline for Defendant Joan Waters to file her answer and/or responsive pleading to Plaintiff's *Verified Amended Complaint for Declaratory, Injunctive, and Monetary Relief and Demand for Jury Trial* (Doc. 28, filed 04-08-2026) (hereinafter referred to as Plaintiff's Amended Complaint) from June 17, 2026 to June 30, 2026.

1.     Undersigned counsel accepted service of Plaintiff's Amended Complaint through an Acceptance of Service on May 28, 2026 on behalf of Defendant Joan Waters.

2.     Plaintiff's Amended Complaint consists of 66 pages, 779 paragraphs, and 61 pages of exhibits.

3.     Defendant Joan Waters is unavailable, with a prior appeal deadline, to assist undersigned counsel with the answer and/or responsive pleading until after June 8, 2026.

4.      Undersigned counsel will need the additional time to thoroughly respond to Plaintiff's Amended Complaint.

5.      Plaintiff was contacted and states he "does not presently stipulate to the requested extension and respectfully prefers that any request for extension be presented to the Court through formal motion practice. Plaintiff reserves all rights with respect to any motion that may be filed and will evaluate the motion after reviewing the grounds asserted therein."

WHEREFORE, for the reasons stated above, Defendant  Waters respectfully requests that this Court grant *Defendant Joan Waters' Motion to Extend Time to File her Answer and/or Responsive Pleading to Plaintiff's Amended Complaint* allowing Defendant Waters an extension of time until June 30, 2026 by which to file her answer and/or responsive pleading to Plaintiff's Amended Complaint.

Respectfully submitted,

JARMIE & ASSOCIATES, LLC

*/s/ Mark D. Jarmie*
Mark D. Jarmie
514 Marble Ave. NW
Albuquerque, NM 87102
(505) 243-6727
mjarmie@jarmielaw.com

*Counsel for Defendant Joan Waters*

I hereby certify that on this 1st day of June, 2026, I caused the foregoing to be submitted to the Court's CM/ECF, thereby causing a copy of the same to be served upon all counsel of record, and that a copy of the same was served upon all counsel for record via electronic mail as follows:

Kevin Dale Kerse
RoadRescue11@gmail.com
*Pro Se Plaintiff*

Jared D. Najjar
Bryan Gogarty
Kimberly L. Martinez
Jessica L. Nixon
Dillon R. Fisher-Ives
Virtue &Najjar
jnajjar@virtuelaw.com
bgogarty@virtuelaw.com
kmartinez@virtuelaw.com
jnixon@virtuelaw.com
dfisher-ives@virtuelaw.com
*Attorneys for State Defendants*

Luis Robles
Robles, Rael & Anaya, PC
Luis@RoblesRael.com
*Counsel for Defendant Matthew Chavez*


*/s/ Mark D. Jarmie*
Mark D. Jarmie

---