**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KEVIN DALE KERST,

      Plaintiff,

v.                                   No. 2:26-cv-0011 JB/DLM

MICHELLE LUJAN GRISHAM,
RAUL TORREZ, JASON R. BOWIE,
ANGIE CORMIER, JOAN WATERS,
MATTHEW CHAVEZ, HERBERT
STRASSBERG, JENNIFER MORFIN,
and JOHN/JANE DOES 1-10,

      Defendants.

**ORDER GRANTING MOTION TO EXTEND TIME**

**THIS MATTER** is before the Court on Defendant Joan Waters's Motion to Extend Time to File Her Answer and/or Responsive Pleading to Plaintiff's Amended Complaint. (Doc. 42.) Waters seeks an extension from June 17, 2026, through June 30, 2026, to file a responsive pleading. (*See id.* at 1.) Waters sought Plaintiff Kevin Kerst's concurrence but did not receive it. (*See id.* at 2.) The Court finds it may resolve this motion without awaiting responsive briefing. *See United States v. Carter*, No. 2:12-cv-0469 RB/LAM, 2014 WL 2925111, at *1 (D.N.M. Mar. 3, 2014) (court "need not wait for responsive briefing" before ruling). The Court finds Waters has shown good cause for an extension, and the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Waters shall file an answer or responsive pleading to the Amended Complaint no later than **June 30, 2026.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE