**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

KEVIN DALE KERST,

Plaintiff,

v. No. 2:26-cv-00011-MIS-DLM

MICHELLE LUJAN GRISHAM,
RAUL TORREZ,
JASON R. BOWIE,
ANGIE CORMIER,
JOAN WATERS,
MATTHEW CHAVEZ,
HERBERT STRASSBERG,
JENNIFER MORFIN and
JOHN AND JANE DOES 1-10,

Defendants.

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

This case arose from Defendants' alleged revocation and continued non-restoration of *pro se* Plaintiff's New Mexico concealed-carry license. *See* Verified Complaint (Declaratory, Injunctive, and Monetary Relief) at 2, ECF No. 1.

On *January 5, 2026*, Plaintiff filed the instant Emergency Motion for Temporary Restraining Order stating:

> [Plaintiff] faces irreparable harm if the *January 6, 2026* administrative hearing proceeds. Evidence necessary to Plaintiff's defense has already been destroyed following an undisclosed evidence-handling event, and Plaintiff has been denied access to the administrative record through delayed public records production.

ECF No. 5 at 4 (emphasis added). Plaintiff requests that the Court "[i]ssue a Temporary Restraining Order enjoining Defendants from conducting or giving effect to the administrative hearing scheduled for *January 6, 2026*." *Id.* at 5 (emphasis added).

The undersigned, who was not assigned to this case until September 3, 2026, denies Plaintiff's Motion for a temporary restraining order. The Court did not, and it seems highly unlikely that with less than a one-day notice it would have been possible to, enjoin Defendants from conducting the January 6, 2026, hearing. The Court cannot do so now. Defendants have appeared and have filed motions to dismiss which remain pending. *See* ECF No. 31, 45, 50.

**IT IS ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order, ECF No. 5, filed January 5, 2026, is **DENIED.**

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE